```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
TEXPORT FABRICS CORP.,               :
                                     :
                 Plaintiff,          :        ORDER
                                     :
         -against-                   :
                                     :        10 Civ. 2774 (MHD)
DAVID J. BROWN,                      :
                                     :
                 Defendant.          :
                                     :
-------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that the parties are to submit a joint pre-trial order by **MONDAY, NOVEMBER 22, 2010**, unless a potentially dispositive motion has been served by that date.

DATED:  New York, New York
        October 22, 2010

                                           SO ORDERED.


                                           _____
                                           MICHAEL H. DOLINGER
                                           **UNITED STATES MAGISTRATE JUDGE**


Copies of the foregoing Order have been faxed to:

```
Jeffrey L. Nogee, Esq.
Fax: (212) 965-2612

Eddy Salcedo, Esq.
Fax: (212) 218-5526
```