

# SEYFARTH SHAW LLP
ATTORNEYS



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/10

620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

(212) 218-5600

esalcedo@seyfarth.com

Writer's Direct Fax
(917) 344-1245

December 1, 2010

**VIA FACSIMILE AND ECF**

Hon. Michael H. Dolinger
United States Magistrate Judge
Federal District Court for the Southern District of New York
500 Pearl Street, Courtroom 17D
New York, New York, 10007
Fax: (212) 805-7928

    RE:  Textport Fabrics Corp. v. David J. Brown a/k/a David-Joseph Brown
           Civil Action No.: 10-CV-02774 (VM)(MHD)

Honorable Magistrate Judge Dolinger:

This firm represents defendant David J. Brown in the above referenced action. We write to respectfully request an adjournment of the motion for summary judgment pursuant to FRCP 56 of plaintiff Textport Fabrics Corp. ("Plaintiff"), presently returnable on December 23, 2010 (the "Motion"); Mr. Brown presently must respond to the Motion by December 6, 2010. The requested adjournment is as follows: (a) the Motion be made returnable January 14, 2010, or such later date that is convenient to the Court; (b) Mr. Brown's response to the motion, if any, shall be served by December 20, 2010; (c) Plaintiff's reply papers, if any, shall be served no later than fourteen (14) days after the service of the responsive papers. No prior requests for an adjournment of the Motion has been made, Plaintiff consents to the instant request, and has agreed to grant Mr. Brown the extension of time sought.

We remain at the Court's disposal should Your Honor have any questions or directives regarding the foregoing.

                              Respectfully submitted,

                              SEYFARTH SHAW LLP

                              Eddy Salcedo

ES/
cc: Jeffrey L. Nogee, Esq. (via email)

                              ENDORSED ORDER

                              Application granted.

                              /s/ USMJ
                              12/1/10

12941449v.1 / 66885-000003