# BORAH, GOLDSTEIN, ALTSCHULER, NAHINS & GOIDEL, P.C.
# 377 BROADWAY
# NEW YORK, NY 10013

### FACSIMILE TRANSMITTAL SHEET

| TO:<br>Hon. Michael H. Dolinger | FROM:<br>Jeffrey L. Nogee |
|---|---|
| COMPANY:<br>United State Magistrate Judge | SENDERS FAX #: / SENDERS PHONE NUMBER<br>212-965-2612/212-965-2551 |
| FAX NUMBER:<br>212-805-7928 | TOTAL NO. OF PAGES INCLUDING COVER:<br>3 |
| PHONE NUMBER: | CASE NUMBER<br>Te2601-S02376 |
| RE:<br>Texport Fabrics v Brown<br>Index No. 10-CV-02774(VM(MHD) | DATE:<br>**December 17, 2010** |

☐ FYI     ☐ FOR REVIEW     ☐ PLEASE COMMENT     ☐ PLEASE REPLY

**NOTES/COMMENTS:**

Letter attached in response to letter of this date from Eddy Salcedo, Esq., attorney for Defendant.

The information contained in this facsimile transmission is attorney privileged and confidential information only of the use of the individual(s) named above. If the received of this message is not intended recipient, or the employee or agency responsible for delivering this transmission to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you received this transmission in error, please notify the sender by telephone so that we may arrange for the prompt retrieval of this transmission. Thank you.

LAWRENCE S. BORAH (1942-1996)
ROBERT D. GOLDSTEIN ++
MYRON I. ALTSCHULER
TODD I. NAHINS
HARRIET M. POLINSKY
ERIC M. GOIDEL
DAVID R. BRODY
DAVID B. ROSENBAUM
STEPHEN C. SHULMAN

LESTER J. FIGUEROA
GREGORY C. SOUMAS **
CARLA M. SEALS
DAVID B. CABRERA ***
PAUL N. GRUBER

MEMBER OF

+     N.Y. & FLA. BAR
++    N.Y. & WASH. D.C. BAR
+++   N.Y. & CA BAR
*     N.Y. & N.J. BAR
**    N.Y., MA & WASH. D.C. BAR
***   N.Y. & CT BAR

WILLIAM J. EBERIGHT +
JEFFREY C. CHANCAS
GREGORY G. VAIL
DOROTHY KELLER
JOSEPH I. FARCA
JENNIFER ECKER

LAWRENCE E. GOLDSTEIN
CARLOS PEREZ-HALL
CRAIG M. NOTTE
JEFFREY H. SEIDEN
ANTHONY J. NOVELLA
STEVE A. RUBINSHTEYN ***
ANNA GUILIANO *
EVA M. YOUNG
GREGORY D. BORAH
MARNIE R. KUDON
MICHAEL E. CAMPOREALE*
JAMIE L. LEE

OF COUNSEL

STEVEN H. COHEN +++
CRAIG A. KRAUS
JEFFREY L. NOGEE

# BORAH, GOLDSTEIN, ALTSCHULER, NAHINS & GOIDEL, P.C.

ATTORNEYS AT LAW

377 BROADWAY

NEW YORK, N.Y. 10013-3993

(212) 431 – 1300

www.borahgoldstein.com

FAX NUMBER: (212) 334-0960

WRITER'S DIR. #: (212) 965-2551, EXT.
WRITER'S DIR. FAX: (212) 965-2612
E-MAIL ADDRESS: JNOGEE@BORAHGOLDSTEIN.COM

December 17, 2010

<u>Via Facsimile and ECF</u>
212-805-7928

Hon. Michael H. Dolinger
United State Magistrate Judge
Federal District Court for the Southern District of New York
500 Pearl Street, Room 1617
New York, NY 10007

  Re: Texport Fabrics, Inc. v. David J. Brown a/k/a David-Joseph Brown
U.S. District Court, Southern District of New York Index No. 10-CV-2774 (VM(MHD)

Dear Magistrate Dolinger:

  We have reviewed the letter of this date from Defendant's counsel seeking a further extension of time to respond to Plaintiff's Motion for Summary Judgment. As your Honor is aware, our motion originally was returnable on December 23, 2010, with Defendant's opposition due on or before December 6, 2010.

  We willingly consented to an extension of those dates to the present schedule whereby the motion is returnable January 14, 2011 and Defendant's opposition is to be served by this coming Monday, December 20, and our reply due within 14 days after receipt of Defendant's papers. That extension was based on the belief that the time should be sufficient for the parties to work out a reasonable settlement of the matter.

  While it appears that the parties are getting closer to reaching an agreement, we don't believe that another prolonged extension of the return date of our motion is necessary for Defendant to decide if the settlement amount and payment terms being negotiated are acceptable. Our client, therefore, has offered a limited extension through Wednesday, December 22, 2010 (five days from today) for Defendant to decide if he will settle or oppose the motion.

Hon. Michael H. Dolinger  
United State Magistrate Judge

December 17, 2010  
Page 2

     We, therefore, respectfully object to the requested second extension of more than 30 days for Defendant to submit his opposition to our summary judgment motion.

Respectfully submitted,

Jeffrey L. Nogee

JLN/mw  
Enc.

Cc:    Eddy Salcedo, Esq. (via e-mail: ESalcedo@seyfarth.com)  
       SEYFARTH SHAW LLP  
       620 Eighth Avenue  
       New York, New York 10018  
       Attorneys for Defendant