# SEYFARTH
## ATTORNEYS SHAW LLP

620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5600

Writer's e-mail
esalcedo@seyfarth.com

Writer's Direct Fax
(917) 344-1245

*[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 12/28/10]*

December 23, 2010

**VIA FACSIMILE AND ECF**

*[Stamp: DEC 23 2010]*

Hon. Michael H. Dolinger
United States Magistrate Judge
Federal District Court for the Southern District of New York
500 Pearl Street, Courtroom 17D
New York, New York, 10007
Fax: (212) 805-7928

    RE: Textport Fabrics Corp. v. David J. Brown a/k/a David-Joseph Brown
          Civil Action No.: 10-CV-02774 (VM)(MHD)

Honorable Magistrate Dolinger:

This firm represents defendant David J. Brown in the above referenced action. We write jointly with counsel for plaintiff Textport Fabrics Corp. to inform the Court that the parties have reached a settlement in the action, and are presently working on the settlement documents. To that end, and in light of the holidays and the present deadline for Mr. Brown to serve responsive papers (January 3, 2011), the parties respectfully jointly request that the motion for summary judgment be adjourned to February 10, 2011, so as to permit the parties to finalize the settlement documents.

We remain at the Court's disposal should Your Honor have any questions or directives regarding the foregoing.

                      Respectfully submitted,

                      SEYFARTH SHAW LLP

                      */s/ Eddy Salcedo*
                      Eddy Salcedo

ES/
cc: Jeffrey L. Nogee, Esq. (via email: jnogee@borahgoldstein.com)

*ENDORSED ORDER*
*Application granted.*
*[signature] 12/23/10*

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

13004208v.1 / 66885-000003

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK