LAWRENCE S. BORAH (1942-1996)
ROBERT D. GOLDSTEIN ++
MYRON I. ALTSCHULER
TODD I. NAHINS
HARRIET M. POLINSKY
ERIC M. GOIDEL
DAVID R. BRODY
DAVID B. ROSENBAUM
STEPHEN C. SHULMAN

LESTER J. FIGUEROA
GREGORY C. SOUMAS **
CARLA M. SEALS
DAVID B. CABRERA ***
PAUL N. GRUBER

MEMBER OF

\+      N.Y. & FLA. BAR
\++     N.Y. & WASH. D.C. BAR
\+++    N.Y. & CA BAR
\*      N.Y. & N.J. BAR
\**     N.Y., MA & WASH. D.C. BAR
\***    N.Y. & CT BAR

# BORAH, GOLDSTEIN, ALTSCHULER, NAHINS & GOIDEL, P.C.

ATTORNEYS AT LAW

377 BROADWAY
NEW YORK, N.Y. 10013-3993
MAIN PHONE  (212) 431-1300
MAIN FAX    (212) 334-0960
www.borahgoldstein.com

WRITER'S DIR. #:    (212) 431-1300, EXT. 628
WRITER'S DIR. FAX:  (212) 965-2657
E-MAIL ADDRESS: AGUILIANO@BORAHGOLDSTEIN.COM

WILLIAM J. EBERIGHT +
JEFFREY C. CHANCAS
GREGORY G. VAIL
DOROTHY KELLER
JOSEPH I. FARCA
JENNIFER ECKER

LAWRENCE E. GOLDSTEIN
CARLOS PEREZ-HALL
CRAIG M. NOTTE
JEFFREY H. SEIDEN
ANTHONY J. NOVELLA
STEVE A. RUBINSHTEYN ***
ANNA GUILIANO *
EVA M. YOUNG
GREGORY D. BORAH
MARNIE R. KUDON
MICHAEL E. CAMPOREALE*
JAMIE L. LEE

OF COUNSEL

STEVEN H. COHEN +++
CRAIG A. KRAUS
JEFFREY L. NOGEE

February 10, 2011

**VIA FACSIMILE**
Hon. Michael H. Dolinger
United States Courthouse
500 Pearl Street
New York, New York 10007
Fax: 212-805-7928

RE:   Texport Fabrics Corp. v. David J. Brown a/k/a David-Joseph Brown
      Civil Action No.: 10-CV-02774

Dear Magistrate Judge Dolinger:

Plaintiff Texport Fabrics Corp. hereby withdraws its Motion for Summary Judgment, which is returnable today.

The parties have settled this action by entering into a Settlement Agreement, which has been fully executed by all parties.

Very truly yours,

ANNA GUILIANO (AG-0395)

Cc: Eddy Salcedo (Via Fax# (917) 344-1245)
    Seyfarth Shaw LLP

```
*********************
***  TX REPORT  ***
*********************

TRANSMISSION OK

TX/RX NO                    2258
DESTINATION TEL #           912128057928
DESTINATION ID
ST. TIME                    02/10 11:31
TIME USE                    00'16
PAGES SENT                  1
RESULT                      OK
```

LAWRENCE S. BORAH (1942-1996)
ROBERT D. GOLDSTEIN ++
MYRON I. ALTSCHULER
TODD I. NAHINS
HARRIET M. POLINSKY
ERIC M. GOIDEL
DAVID R. BRODY
DAVID B. ROSENBAUM
STEPHEN C. SHULMAN

LESTER J. FIGUEROA
GREGORY C. SOUMAS **
CARLA M. SEALS
DAVID B. CABRERA ***
PAUL N. GRUBER

MEMBER OF

+    N.Y. & FLA. BAR
++   N.Y. & WASH. D.C. BAR
+++ N.Y. & CA BAR
*    N.Y. & N.J. BAR
**   N.Y., MA & WASH. D.C. BAR
*** N.Y. & CT BAR

# BORAH, GOLDSTEIN, ALTSCHULER, NAHINS & GOIDEL, P.C.

ATTORNEYS AT LAW

377 BROADWAY
NEW YORK, N.Y. 10013-3993
MAIN PHONE (212) 431-1300
MAIN FAX (212) 334-0960
www.borahgoldstein.com

WRITER'S DIR. #: (212) 431-1300, EXT. 628
WRITER'S DIR. FAX: (212) 965-2657
E-MAIL ADDRESS: AGUILIANO@BORAHGOLDSTEIN.COM

WILLIAM J. EBERIGHT +
JEFFREY C. CHANCAS
GREGORY G. VAIL
DOROTHY KELLER
JOSEPH I. FARCA
JENNIFER ECKER

LAWRENCE E. GOLDSTEIN
CARLOS PEREZ-HALL
CRAIG M. NOTTE
JEFFREY H. SEIDEN
ANTHONY J. NOVELLA
STEVE A. RUBINSHTEYN ***
ANNA GUILIANO *
EVA M. YOUNG
GREGORY D. BORAH
MARNIE R. KUDON
MICHAEL E. CAMPOREALE*
JAMIE L. LEE

OF COUNSEL

STEVEN H. COHEN +++
CRAIG A. KRAUS
JEFFREY L. NOGEE

February 10, 2011

**VIA FACSIMILE**
Hon. Michael H. Dolinger
United States Courthouse
500 Pearl Street
New York, New York 10007
Fax: 212-805-7928

        RE:     <u>Texport Fabrics Corp. v. David J. Brown a/k/a David-Joseph Brown</u>
                    Civil Action No.: 10-CV-02774

Dear Magistrate Judge Dolinger:

       Plaintiff Texport Fabrics Corp. hereby withdraws its Motion for Summary Judgment, which is returnable today.

       The parties have settled this action by entering into a Settlement Agreement, which has been fully executed by all parties.

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                 2259
DESTINATION TEL #        919173441245
DESTINATION ID
ST. TIME                 02/10 11:32
TIME USE                 00'20
PAGES SENT               1
RESULT                   OK
```

# BORAH, GOLDSTEIN, ALTSCHULER, NAHINS & GOIDEL, P.C.

ATTORNEYS AT LAW

LAWRENCE S. BORAH (1942-1996)
ROBERT D. GOLDSTEIN ++
MYRON I. ALTSCHULER
TODD I. NAHINS
HARRIET M. POLINSKY
ERIC M. GOIDEL
DAVID R. BRODY
DAVID B. ROSENBAUM
STEPHEN C. SHULMAN

LESTER J. FIGUEROA
GREGORY C. SOUMAS **
CARLA M. SEALS
DAVID B. CABRERA ***
PAUL N. GRUBER

MEMBER OF

+     N.Y. & FLA. BAR
++    N.Y. & WASH. D.C. BAR
+++   N.Y. & CA BAR
*     N.Y. & N.J. BAR
--    N.Y., MA & WASH. D.C. BAR
***   N.Y. & CT BAR

WILLIAM J. EBERIGHT +
JEFFREY C. CHANCAS
GREGORY G. VAIL
DOROTHY KELLER
JOSEPH I. FARCA
JENNIFER ECKER

LAWRENCE E. GOLDSTEIN
CARLOS PEREZ-HALL
CRAIG M. NOTTE
JEFFREY H. SEIDEN
ANTHONY J. NOVELLA
STEVE A. RUBINSHTEYN ***
ANNA GUILIANO *
EVA M. YOUNG
GREGORY D. BORAH
MARNIE R. KUDON
MICHAEL E. CAMPOREALE*
JAMIE L. LEE

OF COUNSEL

STEVEN H. COHEN +++
CRAIG A. KRAUS
JEFFREY L. NOGEE

377 BROADWAY
NEW YORK, N.Y. 10013-3993
MAIN PHONE (212) 431-1300
MAIN FAX (212) 334-0960
www.borahgoldstein.com

WRITER'S DIR. #: (212) 431-1300, EXT. 628
WRITER'S DIR. FAX: (212) 965-2657
E-MAIL ADDRESS: AGUILIANO@BORAHGOLDSTEIN.COM

February 10, 2011

**VIA FACSIMILE**
Hon. Michael H. Dolinger
United States Courthouse
500 Pearl Street
New York, New York 10007
Fax: 212-805-7928

RE: <u>Texport Fabrics Corp. v. David J. Brown a/k/a David-Joseph Brown</u>
Civil Action No.: 10-CV-02774

Dear Magistrate Judge Dolinger:

Plaintiff Texport Fabrics Corp. hereby withdraws its Motion for Summary Judgment, which is returnable today.

The parties have settled this action by entering into a Settlement Agreement, which has been fully executed by all parties.