LAWRENCE S. BORAH (1942-1996)
ROBERT D. GOLDSTEIN ++
MYRON I. ALTSCHULER
TODD I. NAHINS
HARRIET M. POLINSKY
ERIC M. GOIDEL
DAVID R. BRODY
DAVID B. ROSENBAUM
STEPHEN C. SHULMAN

LESTER J. FIGUEROA
GREGORY C. SOUMAS
CARLA M. SEALS
DAVID B. CABRERA
PAUL N. GRUBER

MEMBER OF

⊥    N.Y. & FLA. BAR
++   N.Y. & WASH. D.C. BAR
+++  N.Y. & CA BAR
*    N.Y. & N.J. BAR
**   N.Y., MA & WASH. D.C. BAR
***  N.Y. & CT BAR

# BORAH, GOLDSTEIN, ALTSCHULER, NAHINS & GOIDEL, P.C.

ATTORNEYS AT LAW

377 BROADWAY
NEW YORK, N.Y. 10013-3993
MAIN PHONE  (212) 431-1300
MAIN FAX    (212) 334-0960
www.borahgoldstein.com

WRITER'S DIR. #:   (212) 431-1300, EXT. 628
WRITER'S DIR. FAX: (212) 965-2657
E-MAIL ADDRESS:   AGUILIANO@BORAHGOLDSTEIN.COM

WILLIAM J. EBERIGHT +
JEFFREY C. CHANCAS
GREGORY G. VAIL
DOROTHY KELLER
JOSEPH I. FARCA
JENNIFER ECKER

LAWRENCE E. GOLDSTEIN
CARLOS PEREZ-HALL
CRAIG M. NOTTE
JEFFREY H. SEIDEN
ANTHONY J. NOVELLA
STEVE A. RUBINSHTEYN ***
ANNA GUILIANO *
EVA M. YOUNG
GREGORY D. BORAH
MARNIE R. KUDON
MICHAEL E. CAMPOREALE*
JAMIE L. LEE

OF COUNSEL
STEVEN H. COHEN +++
CRAIG A. KRAUS
JEFFREY L. NOGEE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/10/11

February 10, 2011

**VIA FACSIMILE**
Hon. Michael H. Dolinger
United States Courthouse
500 Pearl Street
New York, New York 10007
Fax: 212-805-7928

FEB 10 2011

RE:  Texport Fabrics Corp. v. David J. Brown a/k/a David-Joseph Brown
     Civil Action No.: 10-CV-02774

Dear Magistrate Judge Dolinger:

Plaintiff Texport Fabrics Corp. hereby withdraws its Motion for Summary Judgment, which is returnable today.

The parties have settled this action by entering into a Settlement Agreement, which has been fully executed by all parties.

Very truly yours,

ANNA GUILIANO (AG-0395)

Cc: Eddy Salcedo (Via Fax# (917) 344-1245)
    Seyfarth Shaw LLP

ENDORSED ORDER

The parties having settled this case, the complaint is dismissed, and the Clerk of the Court is to close the case.

[signature] 2/10/11

# FAX Cover Sheet

**Date:**    February 10, 2011

**To:**

    Jeffrey L. Nogee, Esq.
    Fax: (212) 965-2612

    Eddy Salcedo, Esq.
    Fax: (212) 218-5526

**Re:**    **Texport Fabrics Corp. v. Brown**
    10 Civ. 2774 (MHD)

    Endorsed order: *The parties having settled this case, the complaint is dismissed, and the Clerk of the Court is to close the case.*

**From:**    Magistrate Judge Michael H. Dolinger
    United States District Court
    Southern District of New York
    500 Pearl Street, Room 1670
    New York, New York 10007-1312

    FAX (212) 805-7928

    TELEPHONE (212) 805-0204

This document contains 2 pages, including this cover sheet.